B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 08−32008−KRH
**Chapter** 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank Riley III                              Tina L. Riley
1712 Mountain Pine Blvd.                     1729 Rose Mill Circle
Richmond, VA 23235                           Midlothian, VA 23112

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
   Debtor: xxx−xx−9050                       Joint Debtor: xxx−xx−2300

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA                                Joint Debtor: NA


## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Frank Riley III and Tina L. Riley are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).


**FOR THE COURT**

Dated: July 26, 2013                         William C. Redden, CLERK


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                Eastern District of Virginia
In re:                                                                Case No. 08-32008-KRH
Frank Riley
Tina L. Riley                                                         Chapter 13
       Debtors                         CERTIFICATE OF NOTICE
District/off: 0422-7           User: luedecket              Page 1 of 3              Date Rcvd: Jul 26, 2013
                               Form ID: B18W               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2013.
db           +Frank Riley, III,   1712 Mountain Pine Blvd.,   Richmond, VA 23235-5458
jdb          +Tina L. Riley,   1729 Rose Mill Circle,   Midlothian, VA 23112-4198
8247837      +Beneficial / Household Finance,    Attn: Bankruptcy,   2929 Walden Ave,   Depew, NY 14043-2602
8400765       Chase Bank USA NA,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
               Newark NJ 07193-5480
8247840      +Chesterfield County - Taxes,   Richard A. Cordle, Treasurer,   Post Office Box 70,
               Chesterfield, VA 23832-0906
8247841      +Comcast Cable,   6510 Ironbridge Road,   Richmond, VA 23234-5263
8247842       Commonwealth of VA-Tax,   P.O. Box 2156,   Richmond, VA 23218-2156
8247843       Credit Control Corp.,   Post Office Box 120630,   Newport News, VA 23612-0630
8413323       Household Finance Corporation,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
               Newark NJ 07193-5480
8247847      +Suntrust /cc 5,   Attention: RVW3034,   1001 Semmes Ave,   Richmond, VA 23224-2245
8247849      +Taxing Authority Consulting,   P.O. Box 2156,   Richmond, VA 23218-2156
11434853      Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: robertnashesq@comcast.net Jul 27 2013 03:36:41     Robert M. Nash, Jr.,
               P. O. Box 74155,   Richmond, VA 23236-0003
cr            EDI: TFSR.COM Jul 27 2013 02:58:00      Toyota Motor Credit Corp.,
               19901 S. Western Avenue, WF-21,   PO Box 2958,   Torrance, CA  90509
8431550      +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 27 2013 04:27:26
               BESTBANK VISA CARD PROMOTION,   c/o NCO Financial Systems,Inc,   1804 Washington Blvd,   DEPT500,
               Baltimore,MD 21230-1700
8247838       EDI: CAPITALONE.COM Jul 27 2013 02:58:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
               Po Box 5155,   Norcross, GA 30091-0000
8247839      +EDI: CHASE.COM Jul 27 2013 02:58:00      Chase,   800 Brooksedge Blvd,
               Westerville, OH 43081-2822
8247844      +EDI: RMSC.COM Jul 27 2013 02:58:00      GEMB / Walmart,   Attention: Bankruptcy,   Po Box 103106,
               Roswell, GA 30076-9106
8268111      +EDI: HFC.COM Jul 27 2013 02:58:00      HSBC Mortgage Services,   P.O. Box 21188,
               Eagan, MN 55121-0188
8268112      +EDI: HFC.COM Jul 27 2013 02:58:00      HSBC Mortgage Services,   636 Grand Regency Boulevard,
               Brandon, FL 33510-3942
8247845      +EDI: HFC.COM Jul 27 2013 02:58:00      Household Mortgage Services,   Po Box 9068,
               Brandon, FL 33509-9068
8247846       EDI: IRS.COM Jul 27 2013 02:58:00      Internal Revenue Service,   Insolvency Unit as of 9/05,
               Post Office Box 21126,   Philadelphia, PA 19114-0000
8434586      +EDI: OPHSUBSID.COM Jul 27 2013 02:58:00      PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
8247836       EDI: AGFINANCE.COM Jul 27 2013 02:58:00      American General Finan,   7102 Hull Street Rd Ste,
               Richmond, VA 23235-0000
8471575       EDI: AGFINANCE.COM Jul 27 2013 02:58:00      American General Finance,   P.O. Box 971,
               Evansville, IN 47706
8274883      +EDI: STF1.COM Jul 27 2013 02:58:00      Suntrust Bank,   Attn. Support Services,   P.O.Box 85092,
               Richmond, VA 23286-0001
8333641      +E-mail/Text: bncmail@w-legal.com Jul 27 2013 04:16:12     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
8300366       EDI: TFSR.COM Jul 27 2013 02:58:00      Toyota Motor Credit Corporation,   500 Redbrook Blvd,
               Owings Mills, MD 21117
8247848      +EDI: WTRRNBANK.COM Jul 27 2013 02:58:00      Target,   Po Box 9475,   Minneapolis, MN 55440-9475
11434853      EDI: BL-TOYOTA.COM Jul 27 2013 02:58:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
9065134       EDI: ECAST.COM Jul 27 2013 02:58:00     eCAST Settlement Corporation,   POB 35480,
               Newark NJ 07193-5480
8359764       EDI: ECAST.COM Jul 27 2013 02:58:00     eCAST Settlement Corporation assignee of,
               GE Money Bank/WalMart,   POB 35480,   Newark NJ 07193-5480
8359724       EDI: ECAST.COM Jul 27 2013 02:58:00     eCAST Settlement Corporation assignee of,
               Capital One Bank,   POB 35480,   Newark NJ 07193-5480
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            HSBC Mortgage Services Inc.
cr            PHARIA L.L.C.
cr            SunTrust Bank
cr*          +HSBC Mortgage Services,   P.O. BOX 21188,   EAGAN, MN 55121-0188
cr*           eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
8268746*     +HSBC Mortgage Services,   P.O. BOX 21188,   EAGAN, MN 55121-0188
8344448*     +HSBC Mortgage Services,   P.O. BOX 21188,   EAGAN, MN 55121-0188
8333642*     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
```

```
District/off: 0422-7           User: luedecket              Page 2 of 3                   Date Rcvd: Jul 26, 2013
                               Form ID: B18W               Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
8247850*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Co,   3957 Westerre Pkwy Ste 3,
               Richmond, VA 23233-0000)
8361685*       eCAST Settlement Corporation assignee of,   Capital One Bank,   POB 35480,   Newark NJ 07193-5480
8271176      ##+North and Associates, PC,    Pia J. North,   8014 Midlothian Turnpike,   Suite 202,
               Richmond, VA 23235-5291
                                                                                        TOTALS: 3, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: luedecket             Page 3 of 3              Date Rcvd: Jul 26, 2013
                              Form ID: B18W              Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2013 at the address(es) listed below:

```
              Melissa M. Watson Goode    on behalf of Creditor    SunTrust Bank pjmecf@glasserlaw.com,
               mgoode@glasserlaw.com
              Pia J. North    on behalf of Joint Debtor Tina L. Riley
               lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;beth@pianorth.com;mandy@p
               ianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;North_ecf@I
               amthewolf.com
              Pia J. North    on behalf of Debtor Frank  Riley, III
               lawdesk.northlaw@verizon.net;northlaw@pianorth.com;barbara@pianorth.com;beth@pianorth.com;mandy@p
               ianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;North_ecf@I
               amthewolf.com
              Richard Stanley Ralston    on behalf of Creditor    PHARIA L.L.C. chapter-13@w-legal.com,
               angelan@w-legal.com
              Robert E. Hyman    station08@ricva.net,
               notices@access13.com;station03@ricva.net;station05@ricva.net;station06@ricva.net;station07@ricva.
               net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ricva.net;station12@ric
               va.net;stat
              Sara A. John    on behalf of Creditor    HSBC Mortgage Services sara_john@eppspc.com
              Stephen B Wood    on behalf of Creditor    HSBC Mortgage Services Inc. Stephen.Wood@bgw-llc.com,
               BKVAECFUPDATES@bww-law.com
                                                                                             TOTAL: 7
```